# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Magistrate Docket No. 25mj3395-MSB |
| Plaintiff, | |
| | **COMPLAINT FOR VIOLATION OF:** |
| | Title 8, USC 1326 Deported Alien Found In The United States |
| Edgar ARREDONDO-Alaniz, | |
| Defendant. | |

The undersigned complainant, being duly sworn, states:

On or about June 17, 2025, within the Southern District of California, defendant, Edgar ARREDONDO-Alaniz, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or her designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT

Jason Larson

Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON JUNE 18, 2025.

HON. MICHAEL S. BERG
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
 Edgar ARREDONDO-Alaniz


### PROBABLE CAUSE STATEMENT

On June 17, 2025, at approximately 2:15 PM, Border Patrol Agent L. Garcia was performing assigned duties in the Chula Vista Border Patrol Station area of operations when a scope operator notified him via service radio that they observed one individual in an area known by Border Patrol Agents as the "Pole line Road." Agent Garcia responded to the location and encountered three individuals attempting to hide in the brush. This area is approximately one mile east of the Otay Mesa, California, Port of Entry and one mile north of the United States/ Mexico International Border. Agent Garcia identified himself as a Border Patrol Agent and conducted an immigration inspection. All three individuals including individuals identified as Edgar ARREDONDO-Alaniz, along with Manuel TERAT-Gomez (charged elsewhere), stated they are citizens of Mexico not in possession of immigration documents which would allow them to enter or remain in the United States legally. At approximately 2:30 PM, Agent Garcia arrested all three individuals including ARREDONDO and TERAT.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on June 17, 2011, through Nogales, Arizona. These same records show that the defendant has not applied for permission from the Attorney General of the United States or her designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.